COPY

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUN 23 PM 3:07
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                                    DEPUTY

| UNITED STATES OF AMERICA |
| vs |
| CARMEN DUENAS |

SUMMONS IN A CIVIL ACTION
Case No. '08 CV 1114 JLS WMc

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

KAREN P. HEWITT, United States Attorney
MARY C. LUNDBERG, Assistant U. S. Attorney
880 Front Street, Room 6293, San Diego, CA 92101-8893
(619) 557-6759

An answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

JUN 23 2008
DATE

By C. P_____ANN, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)