# U.S. Department of Justice
## United States Marshals Service

**ORIGINAL**

# PROCESS RECEIPT AND RETURN

**FILED**
2008 JUL 10 AM 8:48
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 08CV1114-JLS(WMc) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CARMEN DUENAS | SUMMONS & COMPLAINT |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CARMEN DUENAS

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
15094 Avenida Venusto, No. 212, San Diego, CA 92120

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

MARY C. LUNDBERG, Ass't United States Attorney
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

For questions call Gricelda Covington at (619) 557-6180.

Signature of Attorney or other Originator requesting service on behalf of:
GRICELDA COVINGTON    ☒ PLAINTIFF   ☐ DEFENDANT

TELEPHONE NUMBER: (619) 557-6180
DATE: 6/24/08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. 1 | District of Origin No. 98 | District to Serve No. 98 | Signature of Authorized USMS Deputy or Clerk | Date 6/27/08 |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 7-09-08
Time: am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: 7/2/08 @ 3:00 pm house vacant; posting on home indicated tenants vacated home.

PRIOR EDITIONS MAY BE USED       SEND ORIGINAL + 2 COPIES to USMS.       FORM USM 285 (Rev. 12/15/80)

1. CLERK OF COURT  2. USMS Record  3. Notice of Service  4. Billing Statement  5. Acknowledgment of Receipt