# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: UNITED STATES OF AMERICA | COURT CASE NUMBER: 08CV1114-JLS (WMC) |
| DEFENDANT: CARMEN DUENAS | TYPE OF PROCESS: summons & complaint |

FILED 2008 JUL 14 AM 8:27 CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY ___ DEPUTY

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CARMEN DUENAS

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
WORLD FINANCIAL GROUP, 5030 CAMINO DE LA SIESTA SAN DIEGO, CA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MARY C LUNDBERG, ASST U.S. ATTORNEY
OFFICE OF THE UNITED STATES ATTORNEY
880 FRONT STREET, ROOM 6293
SAN DIEGO, CA 92101

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
GRICELDA COVINGTON, Paralegal In Charge
TELEPHONE NUMBER: (619) 557-6180
DATE: 7/11/08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 98
District to Serve No.: 98
Signature of Authorized USMS Deputy or Clerk
Date: 7/11/08

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above):
WORLD FINANCIAL GROUP SUITE 305
8825 AERO DRIVE, SAN DIEGO, CA 92123

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 11JULY08
Time: 14:37 pm
Signature of U.S. Marshal or Deputy:

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:
1) MANAGER WFG INFORMS DUSM THAT DUENAS WORKS AT WFG OFFICE AT 8825 AERO DR, S.D. 0930 11 JULY 2008
2) 1030 11 JULY 08 WENT TO WFG OFFICE AT 8825 AERO DR. DUENAS NAME ON OFFICE WALL. CO-WORKER INFORMS DUENAS WORKS AT ± 1400-1500.

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)