KAREN P. HEWITT
United States Attorney
MARY C. LUNDBERG
Asst. U.S. Attorney
California State Bar No.120630
Office of U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6759/(619) 557-5401(Fax)
Email: Mary.Lundberg@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. 08CV1114-JLS(WMc) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | JOINT MOTION FOR ENTRY |
| ) | OF CONSENT JUDGMENT |
| CARMEN DUENAS, ) | |
| ) | |
| Defendant. ) | |

Plaintiff, United States of America, by its undersigned attorneys, and defendant, Carmen Duenas, stipulate as follows:

Defendant is indebted to the United States in the sum of $3276.62 principal, plus interest at the rate of eight percent per annum from May 30, 1990, and filing fees allowed pursuant to 28 U.S.C. § 2412(a)(2), by reason of defendant's default in repayment of a federally insured student loan.

Judgment by consent as stated above may be entered against defendant.

/ / /

/ / /

/ / /

/ / /

/ / /

MCL:ggcIVP_52

1     In addition, defendant will be liable for costs of suit in this action in the sum of $20.00.

2     Post-judgment interest will accrue at the current legal rate in effect on the date of entry of judgment and will be compounded annually until paid in full pursuant to the provisions of 28 U.S.C. § 1961(b).

DATED: August 8, 2008

    KAREN P. HEWITT
    United States Attorney

    s/Mary C. Lundberg

    MARY C. LUNDBERG
    Assistant United States Attorney
    Attorneys for Plaintiff
    United States of America
    Email: Mary.Lundberg@usdoj.gov

DATED: August 8, 2008

    s/Carmen Duenas
    CARMEN DUENAS
    Defendant

    I hereby certify that the content of this document is acceptable to all persons required to sign and I have been authorized to e-file this document with the electronic signature of Carmen Duenas.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CARMEN DUENAS, ) <br> ) <br> Defendant. ) | Case No. 08CV11114-JLS(WMc) <br><br> CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Mary C. Lundberg, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of Joint Motion for Entry of Consent Judgment on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

N/A

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

Carmen Duenas  
P.O. Box 3464  
La Mesa, CA 91944

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 8, 2008.

s/Mary C. Lundberg  
MARY C. LUNDGERG

08CV1114-JLS(WMc)