# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. 08CV1114 JLS(WMc) |
| ) | |
| Plaintiff, ) | ORDER GRANTING JOINT |
| ) | MOTION FOR CONSENT |
| v. ) | JUDGMENT |
| ) | |
| CARMEN DUENAS, ) | |
| ) | |
| Defendant. ) | |

Good cause appearing, the parties' motion for consent judgment is GRANTED.

Pursuant to the stipulation for entry of consent judgment filed by the parties,

IT IS ORDERED that judgment be entered as follows:

| | |
|---|---|
| Principal | $3,276.62 |
| Interest at the rate of eight percent per annum from May 30, 1990 | 3,946.13 |
| Costs of processing and handling defendant's claim pursuant to 31 U.S.C. § 3717(e)(1) | 0.00 |
| Filing fees allowed pursuant to 28 U.S.C. § 2412(a)(2) | 350.00 |
| SUBTOTAL | $7,572.75 |
| Costs incurred in this action | 20.00 |
| TOTAL | $7,592.75 |

1    IT IS FURTHER ORDERED that interest at the current legal rate will accrue upon entry of
2 judgment and will be compounded annually until paid in full, pursuant to 28 U.S.C. § 1961(b).
3
4
5 DATED: August 11, 2008
6                                                             *Janis L. Sammartino*
                                                              Honorable Janis L. Sammartino
7                                                             United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28