**□ORIGINAL**

FILED

2008 AUG 21  AM 11: 11

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Civil No. 08CV1114-JLS(WMc) |
| Plaintiff, | ) | |
| v. | ) | P R A E C I P E |
| CARMEN DUENAS, | ) | |
| Defendant. | ) | |

TO THE CLERK:

Please issue an Abstract of Judgment.

GRICELDA COVINGTON
Paralegal In Charge
Ext. 6180

Date issued:

AUG 2 1 2008

CIV_44

Abstract issued
on 8/21/08
KMH